UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KISHOR KUMAR, et al.,<br><br>　　　　　Defendant. | Case No. 19-cv-00090-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 9 |

The Court has reviewed Judge Joseph C. Spero's Report and Recommendation Re Sua Sponte Remand to State Court, and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the case is remanded to the California Superior Court, County of Contra Costa.

**IT IS SO ORDERED.**

Dated: March 5, 2019

_____
VINCE CHHABRIA
United States District Judge